IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**RIVER CEMENT SALES COMPANY**                                              **PLAINTIFF**

**VERSUS**                                        **CAUSE NO. 5:09CV69 DCB-JMR**

**INLAND MARINE SERVICE, INC.**                                               **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

      This matter came on for hearing on the joint motion of the Plaintiff to dismiss all claims against Inland Marine Service, Inc. with prejudice and the Court, being advised that the Plaintiff, River Cement Sales Company no longer desires to pursue the claims asserted in this litigation and that it desires to dismiss all claims in this action, with prejudice, with each party to bear its respective costs, and that there is no objection by the Defendant, finds that the motion is well-taken and should be granted.  It is therefore,

      ORDERED AND ADJUDGED that any and all of the Plaintiff's claims against Inland Marine Service, Inc., are hereby DISMISSED WITH PREJUDICE each party to bear its own costs of court.

      Natchez, Mississippi this ___15th__ day of October, 2009.


                                                        ____s/ David Bramlette_____
                                                        District Court Judge

APPROVED AND AGREED:

Balch & Bingham LLP


s/ John A. Scialdone
John A. Scialdone, MS Bar No. 9524
Attorney for Defendant

Schroeder, Maundrell, Barbiere & Powers
Todd M. Powers (PHV)
Megan C. Ahrens (PHV
Attorneys for Defendant



Agreed, Prepared and Submitted by:

Franke & Salloum, PLLC

s/ Shellye V. McDonald
Shellye V. McDonald, MSB No. 2395
Attorney for Plaintiff